IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

No. 5:21-CR-000148

UNITED STATES OF AMERICA )
)
)
)
v. ) ORDER
)
REGINAL WEBB, )
Defendant )
)

Pursuant to Local Rule 49.1 (f), the motion to file manually is hereby GRANTED and counsel's filings for Reginal Webb ("Defendant") in this case may be manual. With regard to counsel for Defendant filings, the court ORDERS as follows:

_✓_     Counsel's filings for Defendant in this case may be manual until counsel has completed CM/ECF training and secured a CM/ECF login and password.

SO ORDERED. This **4** day of May 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE