UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-00148-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION TO SEAL GOVERNMENT'S |
| | ) | NOTICE OF FILING VICTIM IMPACT |
| | ) | STATEMENT |
| REGINALD WEBB | ) | |
| a/k/a "Nephew," | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Notice of Filing a Victim Impact Statement in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the defendants' attorney.

SO ORDERED. This _3_ day of May, 2024.

JAMES C. DEVER III
United States District Judge