IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-148-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
REGINALD WEBB, )
)
Defendant. )

On July 1, 2024, defendant submitted a letter requesting a copy of the docket sheet in this case [D.E. 250]. Defendant is not represented by counsel. See id. at 1. A pro se litigant must properly maintain legal records. See Banks v. Asbell, No. 5:18-CT-3111, 2019 WL 1493697, at *1 (E.D.N.C. Apr. 4, 2019) (unpublished); Clegg-Arrs v. Wiggins, No. 5:15-CT-3060, 2015 WL 4760705, at *3 (E.D.N.C. Aug. 12, 2015) (unpublished). If defendant requires copies of court filings, the clerk of court will provide such copies for a fee of 50 cents per page. See 28 U.S.C. § 1914 n.4. Defendant may submit his request for copies of court filings directly to the clerk of court and must pay the required fee. Thus, the court DENIES the request.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge