IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-148-D

UNITED STATES OF AMERICA    )
    )
    v.    )
    )    **ORDER**
REGINALD WEBB,    )
    )
    Defendant.    )

In response to defendant's letters [D.E. 272, 273], the court does not provide legal advice.

SO ORDERED. This 19 day of May, 2026.

JAMES C. DEVER III
United States District Judge