UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:21-CR-00148-1-D
Civil No. 5:26-CV-00359-D

Reginald Webb,               )

                  )

      Petitioner,       )

                  )

v.                  )         ORDER

                  )

United States of America,   )

                  )

      Respondent.    )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This **27** day of May, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE